# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**299**

**CAF 13-00635**

PRESENT: CENTRA, J.P., PERADOTTO, CARNI, SCONIERS, AND DEJOSEPH, JJ.

---

IN THE MATTER OF SHAMECKIA L. BLUE,
PETITIONER-RESPONDENT,

V                                                                ORDER

DARRYL F. CALDWELL AND LOVANA E. BYRD-MCGUIRE,
RESPONDENTS-APPELLANTS.
(APPEAL NO. 1.)

---

D.J. & J.A. CIRANDO, ESQS., SYRACUSE (ELIZABETH deV. MOELLER OF COUNSEL), FOR RESPONDENT-APPELLANT DARRYL F. CALDWELL.

KELLY M. CORBETT, FAYETTEVILLE, FOR RESPONDENT-APPELLANT LOVANA E. BYRD-MCGUIRE.

LAURA ESTELA CARDONA, ATTORNEY FOR THE CHILDREN, SYRACUSE.

-----------------------------------------------------------------------------------------------------

Appeals from an order of the Supreme Court, Onondaga County (Martha E. Mulroy, A.J.), entered February 22, 2013 in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded petitioner sole custody of the subject children.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  March 20, 2015                          Frances E. Cafarell
                                                  Clerk of the Court